HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA C. GIDDINGS,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:21-cv-01669-MCE-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until June 1, 2022, in which to e-file her Motion for Summary Judgment which is due on May 2, 2022.  Defendant shall file any opposition, including cross-motion, on or before July 18, 2022.  This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

Dated:   April 28, 2022             */s/HARVEY P. SACKETT*
                                     HARVEY P. SACKETT

STIPULATION AND ORDER                        1

Attorney for Plaintiff
LAURA C. GIDDINGS

Dated:   April 28, 2022        */s/PATRICK WILLIAM SNYDER*
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 4/28/22]

IT IS ORDERED.

Dated:   April 28, 2022        _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER