HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA GIDDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-01669-MCE-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until June 15, 2022, in which to e-file her Motion for Summary Judgment which is due on June 1, 2022.  Defendant shall file any opposition, including cross-motion, on or before August 1, 2022.  This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

Dated:  May 20, 2022             /s/HARVEY P. SACKETT

1

STIPULATION AND ORDER

HARVEY P. SACKETT
Attorney for Plaintiff
LAURA GIDDINGS

Dated:  May 20, 2022        /s/PATRICK WILLIAM SNYDER
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 5/20/22]

IT IS ORDERED.

Dated: May 20, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

2