PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CA SBN 216963
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA C. GIDDINGS,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:21-cv-01669-MCE-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

Stip. to Remand; 2:21-cv-01669-MCE-AC

Respectfully submitted this July 18, 2022.

DATED: July 18, 2022         /s/ *Harvey Peter Sackett* *
                             (*as authorized via e-mail on July 18, 2022)
                             HARVEY PETER SACKETT
                             Attorney for Plaintiff

DATED: July 18, 2022         PHILIP. A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                        By:  /s/ *Mary Tsai*
                             MARY TSAI
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, and to close the case.

IT IS SO ORDERED.

Dated: July 19, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stip. to Remand; 2:21-cv-01669-MCE-AC