1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

4  548 Market Street, Suite 38822
   San Francisco, California 94104-5401
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6  E-mail: hps@sackettlaw.com

7  HPS/as

8  Attorney for Plaintiff

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  LAURA C. GIDDINGS,           )   No. 2:21-cv-01669-MCE-AC
                                 )
13        Plaintiff,             )
                                 )
14  v.                           )
                                 )   AMENDED ~~PROPOSED~~ ORDER
15                               )
    KILOLO KIJAKAZI,[1]          )
16  Commissioner of Social Security, )
                                 )
17        Defendant.             )
                                 )
18                               )
                                 )

19

20      The court having considered the pleadings and the matter having been duly submitted:

21      IT IS HEREBY ORDERED AND ADJUDGED that:

22      1.      Petitioner's application for attorney's fees Motion is granted.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

AMENDED PROPOSED ORDER

2. The amount of $11,931.50 in attorney's fees minus $4,325.00 the latter shall tender to Plaintiff for reimbursement of EAJA fees, for a net payment of $7,606.50 under 28 U.S.C. §406(b)(1)(A).

IT IS SO ORDERED.

Dated: November 30, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AMENDED PROPOSED ORDER