UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA C. GIDDINGS,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>             Defendant. | Case No.  2:21-cv-01669-MCE-AC<br><br>**ORDER** |

Having considered the pleadings and good cause having been shown, Petitioner's Motion for Attorney Fees (ECF No. 27) is GRANTED.  Counsel is entitled to recover the amount of $11,931.50 in attorney's fees minus $4,325.00, the latter of which shall be tendered to Plaintiff for reimbursement of EAJA fees, for a net payment of $7,606.50 to counsel under 28 U.S.C. §406(b)(1)(A).

IT IS SO ORDERED.

Dated:  December 13, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1